**Order entered October 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01571-CV

## JOANN SEMPLE AND CAROL MATTHEWS, Appellants

## V.

## FRED VINCENT, Appellee

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-11180

## ORDER

The Court has before it appellants' October 12, 2016 "amended motion to extend time to file amended brief" in which they ask the Court to file their second amended brief tendered September 30, 2016. On October 12, 2016, the Court granted appellants' October 5, 2016 motion and ordered the September 30 brief filed as of that date. Therefore, we **DENY** appellants' October 12, 2016 motion as moot.

/s/     CRAIG STODDART
           JUSTICE